Local AO 440 (Rev. 8/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

EDDY COUNTY

*Plaintiff*

v.  Civil Action No. 3:19-cv-206

TEVA PHARMACEUTICALS USA, INC., et al. (see attached)

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: Above Named Defendant(s)

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Mac Schneider, Schneider Law Firm<br>815 3rd Ave S<br>Fargo, ND 58103<br>Tel. (701) 235-4481 | Matthew McCarley, Fears Nachawait, PLLC<br>5473 Blair Rd.<br>Dallas, TX 75231<br>Tel. (214) 890-0711 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ROBERT ANSLEY,CLERK OF COURT*

Date: September 23, 2019

*/s/ Pamela Bloomquist-Burman, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

Local AO 440 (Rev. 6/11)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-206

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Defendants Continued (Page 3)

**TEVA PHARMACEUTICAL INDUSTRIES LTD.;**
**CEPHALON, INC.;**
**JOHNSON & JOHNSON;**
**JANSSEN PHARMACEUTICALS, INC.;**
**ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.**
n/k/a JANSSEN PHARMACEUTICALS, INC.;
**JANSSEN PHARMACEUTICA, INC.**
n/k/a JANSSEN PHARMACEUTICALS, INC.;
**ENDO HEALTH SOLUTIONS INC.;**
**ENDO PHARMACEUTICALS, INC.;**
**QUALITEST PHARMACEUTICAL INC.;**
**ABBVIE INC.,**
**KNOLL PHARMACEUTICAL COMPANY;**
**ALLERGAN PLC**
f/k/a ACTAVIS PLC.;
**ALLERGAN FINANCE LLC**
f/k/a ACTAVIS INC. f/k/a WATSON PHARMACEUTICALS, INC.;
**WATSON LABORATORIES, INC.**;
**ACTAVIS LLC**;
**ACTAVIS PHARMA, INC.**
f/k/a WATSON PHARMA, INC.;
**MALLINCKRODT PLC;**
**MALLINCKRODT, LLC;**
**MALLINCKRODT BRAND PHARMACEUTICALS;**
**COVIDIEN PLC;**
**SPECGX LLC;**
**CARDINAL HEALTH, INC.;**
**MCKESSON CORPORATION;**
**AMERISOURCEBERGEN CORPORATION;**
**WALGREENS BOOT ALLIANCE, INC.**
d/b/a WALGREEN CO.;
**WAL-MART STORES, INC.;**
**CVS HEALTH;**
**RITE AID CORPORATION;**
**THE KROGER COMPANY; AND**
**DOES 1 – 100, INCLUSIVE.**